# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cari Odegaard,                                    Civil No: 09-3151 (RHK/JSM)

           Plaintiff,                         **ORDER**

v.

ARS National Services, Inc. d/b/a Associated
Recovery Systems National Services, Inc.,

           Defendant.

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 16), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 24, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge