✏AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Cari Odegaard

V.

ARS National Services, Inc. dba Associated Recovery Systems National Services, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  09-3151  RHK/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

|  |  |
|---|---|
| June 24, 2010 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/A. Linner |
| | (By)   A. Linner,   Deputy Clerk |

Form Modified:  09/16/04